UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTONIA ELIZABETH PABLO (2),<br><br>    Defendant. | Case No.: 16CR2119-MMA-2<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 48] |
|---|---|

   Upon motion of the United States of America and good cause appearing,

   IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice as to Defendant ANTONIA ELIZABETH PABLO only.

   IT IS SO ORDERED.

   DATED: December 9, 2016.

_____
HONORABLE MICHAEL M. ANELLO
United States District Judge